# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jose Heriberto Sisquerios-Garcia,<br>a.k.a.: Jose Garcia-Siswuerios,<br>a.k.a.: Jose Garcia,<br>(A088 363 527)<br>*Defendant* | Case No. 17-494MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 24, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jose Heriberto Sisquerios-Garcia, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about July 23, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: AUSA Cassie Bray Woo for AUSA Margaret Perlmeter

☒ Continued on the attached sheet.

*Complainant's signature*

Steven T. Case,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 26, 2017

*Judge's signature*

City and state: Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Steven T. Case, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 24, 2017, Jose Heriberto Sisquerios-Garcia was booked into the Maricopa County Jail (MCJ) facility by the Mesa Police Department on local charges. While in custody at the MCJ, Sisquerios-Garcia was encountered by ICE Officer M. Guttenberg who determined him to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On October 26, 2017, Sisquerios-Garcia was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Sisquerios-Garcia was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jose Heriberto Sisquerios-Garcia to be a citizen of Mexico and a previously deported criminal alien. Sisquerios-Garcia was removed from the United States to Mexico at or near Del Rio, Texas, on or about July 23,

1

2013, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Sisquerios-Garcia in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Sisquerios-Garcia's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jose Heriberto Sisquerios-Garcia was convicted of Conspiracy to Transport and Harbor Illegal Aliens for Financial Gain, a felony offense, on April 30, 2008, in the United States District Court, District of Arizona. Sisquerios-Garcia was sentenced to eighteen (18) months' imprisonment and three (3) years' supervised release. Sisquerios-Garcia's criminal history was matched to him by electronic fingerprint comparison.

5. On October 26, 2017, Jose Heriberto Sisquerios-Garcia was advised of his constitutional rights. Sisquerios-Garcia freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 24, 2017, Jose Heriberto Sisquerios-Garcia, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United

States at or near Del Rio, Texas, on or about July 23, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

Steven T. Case,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 26th day of October, 2017.

Michelle H. Burns,
United States Magistrate Judge